### IN THE UNITED STATES DISTRICT COURT FOR THE
### DISTRICT OF KANSAS

| | |
|---|---|
| Adam Crane, David Johnson, individually and on behalf of all others similarly situated, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) Case No. 2:17-CV-02031CM-JPO |
| CoreCivic and | ) ) ) |
| Securus Technologies, Inc., | ) ) |
| Defendants. | ) ) |

## MOTION TO DISMISS WITHOUT PREJUDICE

COMES NOW, Plaintiffs, through counsel, and motion this Court for an Order dismissing the pending Complaint. Plaintiffs state the following in support.

1. Plaintiffs' Complaint was filed on January 18, 2017. *See*, Doc# 1.

2. On April 18, 2017, Plaintiffs filed a Motion to Stay Case (Doc# 3) that was granted by this Court on April 19, 2017 (Doc# 4). The case was stayed to allow for potential litigation involving personal jurisdiction and venue in a related case pending in United States District Court for Western District of Missouri (4:16-cv-00947-SRB).

3. The Court ordered the Plaintiffs notify the Court within 5 business days any ruling related to the jurisdictional issues.

4. On January 2, 2018, the Honorable District Court Judge Stephen R. Bough denied defendant Corecivic's Motion to Dismiss. *See*, Exhibit 1 – Order Denying Corecivic Motion to Dismiss.

5. In light of the ruling by The Honorable District Court Judge Stephen R. Bough, Plaintiffs request the Complaint before this Court be dismissed without prejudice.

6. No party will be prejudiced by the dismissal of this cause of action.

WHEREFORE, Plaintiffs move this Court for an Order dismissing this case without prejudice or for whatever other relief this Court deems just and proper.

Respectfully Submitted,

**SANDAGE LAW LLC**

*/s/ Lance Sandage*
Lance D. Sandage MO Bar No. 46022
Sandage Law LLC
1600 Genessee Street, Suite 655
Kansas City, MO 64102
Tel: 816.753.0800
Fax: 816.735.4602
lance@sandagelaw.com

*/s/ Michael Hodgson*
Michael Hodgson   MO Bar No. 63677
3699 SW Pryor Road
Lee's Summit, MO 64082
Tel: 816.600-0117
Fax: 816.600-0137
mike@thehodgsonlawfirm.com


*/s/ Joseph K. Eischens*
Joseph K. Eischens              MO #44706
Law Office of Joseph K. Eischens
1321 Burlington St., Suite 202
North Kansas City, Missouri 64116
(816) 945-6393 *telephone*
joe@jkemediation.com


ATTORNEYS FOR PLAINTIFFS